FILED
6/1/21 4:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA



IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2110271

DEBTOR(S):

HARRY THEODORE BEAR

CINDY LUE BEAR

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $771.31

CREDITOR'S SIGNATURE:

/s/ William Andrews

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/28/2021

SO ORDERED

June 01, 2021

jlm