## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 21-10271-TPA** |
| | : | |
| **Harry Theodore Bear** | : | **Chapter 13** |
| **Cindy Lue Bear** | : | |
| *Debtors* | : | |
| | : | **Related to Claim No. 16** |
| | : | |
| **Rocket Mortgage, LLC** | : | |
| **f/k/a Quicken Loans, LLC** | : | |
| *Movant* | : | |
| | : | **Document No.** |
| | : | |
| **V.** | : | |
| | : | |
| **Harry Theodore Bear** | : | |
| **Cindy Lue Bear** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC** *at Claim No. 16* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $628.67 effective 12/01/2021.

Dated:  October 22, 2021

By  /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com