**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-10271-CMB |
|    Harry Theodore Bear | : | |
|    Cindy Lue Bear | : | |
|       Debtors | : | |
| | : | Chapter 13 |
|    Rocket Mortgage, LLC | : | |
|    f/k/a Quicken Loans, LLC | : | |
|       Movant | : | |
| | : | Related to Claim No. 16 |
|    v. | : | |
| | : | |
| Harry Theodore Bear, and Cindy Lue Bear | : | Document No. |
| Ronda J Winnecour Esq., Chapter 13 Trustee, | : | |
|       Respondents | : | |

## DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC** at Claim No. 16 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $617.81, effective 12/01/2022.

Dated:  October 25, 2022

                                                          /s/ Rebeka A. Seelinger
                                                        Rebeka A. Seelinger, Esquire
                                                        Seelinger Law Corporation
                                                        Attorney for Debtor
                                                        PA ID #93897
                                                        4640 Wolf Road
                                                        Erie, PA 16505
                                                        (814) 824-6670
                                                        rebeka@seelingerlaw.com