**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

| | | |
|---|---|---|
| In Re: | : | **Bankruptcy Case No. 21-10271-JCM** |
| | : | |
| **Harry Theodore Bear** | : | **Chapter 13** |
| **Cindy Lue Bear** | : | |
| *Debtors* | : | |
| | : | **Related to Claim No. 16** |
| | : | |
| **Rocket Mortgage, LLC** | : | |
| **f/k/a Quicken Loans, LLC** | : | |
| *Movant* | : | |
| | : | **Document No.** |
| | : | |
| **V.** | : | |
| | : | |
| **Harry Theodore Bear** | : | |
| **Cindy Lue Bear** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

**<u>DECLARATION</u>**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by

**Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC** *at Claim No. 16* in the above-captioned

bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the

modified debt, namely payments of $615.90 effective 12/01/2023.


Dated: October 30, 2023

By      /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com