| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Harry Theodore Bear<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3674<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | Cindy Lue Bear<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−0298<br>EIN   __−_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   21−10271−JCM | | |

# Order of Discharge                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Harry Theodore Bear                            Cindy Lue Bear

7/17/24                                        **By the court:** John C Melaragno
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10271-JCM |
| Harry Theodore Bear | Chapter 13 |
| Cindy Lue Bear | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 17, 2024 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harry Theodore Bear, Cindy Lue Bear, 3320 Keller Road, Warren, PA 16365-8726 |
| 15375612 | + | Frederic I. Weinberg, Esquire, 375 East Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 15396296 | | Fulton Bank, N.A., Special Assets 5th Floor , Attn: Jessica, Lancaster , PA 17604 |
| 15375626 | + | Wesley Financial Group, LLC, 9009 Carothers Pkwy, Ste B3, Franklin, TN 37067-1703 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 18 2024 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 18 2024 03:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 00:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 18 2024 03:55:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | EDI: Q3G.COM | Jul 18 2024 03:55:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15375607 | | EDI: BANKAMER | Jul 18 2024 03:55:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15378886 | + | EDI: BANKAMER2 | Jul 18 2024 03:55:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15375608 | + | EDI: CAPITALONE.COM | Jul 18 2024 03:55:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15379890 | | EDI: CAPITALONE.COM | Jul 18 2024 03:55:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15375609 | + | EDI: CITICORP | Jul 18 2024 03:55:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 21-10271-JCM Doc 59 Filed 07/19/24 Entered 07/20/24 00:32:53 Desc Imaged
Certificate of Notice Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: 3180W | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 15375611 | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 15375610 | + EDI: BLUESTEM | Jul 18 2024 03:55:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15375612 | + Email/Text: contact@fiwlaw.com | Jul 18 2024 00:21:00 | Frederic I. Weinberg, Esquire, 375 East Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 15375613 | + Email/Text: bankruptcy@fultonbank.com | Jul 18 2024 00:22:00 | Fulton Bank N.A., Po Box 4887, Lancaster, PA 17604-4887 |
| 15375614 | + Email/Text: galaxybk@galaxyllc.net | Jul 18 2024 00:20:00 | Galaxy International Purchasing LLC, 4730 South Fort Apacke Rd 300, Las Vegas, NV 89147-7947 |
| 15375615 | + Email/Text: bankruptcy.notices@hdfsi.com | Jul 18 2024 00:22:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15381925 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 18 2024 00:20:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15604058 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:36:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15379873 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:34:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15386784 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 00:32:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15375616 | + Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 00:20:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15375617 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 00:35:29 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15387218 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 00:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15375618 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 00:21:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15375619 | + Email/Text: bankruptcynotices@psecu.com | Jul 18 2024 00:22:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15375620 | EDI: PRA.COM | Jul 18 2024 03:55:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15389572 | EDI: PRA.COM | Jul 18 2024 03:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15385609 | + Email/Text: bankruptcynotices@psecu.com | Jul 18 2024 00:22:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15432619 | EDI: Q3G.COM | Jul 18 2024 03:55:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15394612 | EDI: Q3G.COM | Jul 18 2024 03:55:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15381106 | EDI: Q3G.COM | Jul 18 2024 03:55:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15390526 | EDI: Q3G.COM | Jul 18 2024 03:55:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15375621 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 18 2024 00:22:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15387074 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 18 2024 00:22:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

Case 21-10271-JCM   Doc 59   Filed 07/19/24   Entered 07/20/24 00:32:53   Desc Imaged
                    Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: 3180W | Total Noticed: 42 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15375622 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:33:12 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15390805 | ^ | MEBN | Jul 18 2024 00:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15376213 | ^ | MEBN | Jul 18 2024 00:03:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15375623 | + | EDI: SYNC | Jul 18 2024 03:55:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15375624 | | EDI: SYNC | Jul 18 2024 03:55:00 | Synchrony Bank/QVC, Attn. Bankruptcy, PO Box 530905, Atlanta, GA 30353-0905 |
| 15375625 | + | EDI: CITICORP | Jul 18 2024 03:55:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15375627 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15375628 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15375629 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15375631 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 15375630 | *+ | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15375632 | *+ | Frederic I. Weinberg, Esquire, 375 East Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 15375633 | *+ | Fulton Bank N.A., Po Box 4887, Lancaster, PA 17604-4887 |
| 15375634 | *+ | Galaxy International Purchasing LLC, 4730 South Fort Apacke Rd 300, Las Vegas, NV 89147-7947 |
| 15375635 | *+ | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15375636 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15375637 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15375638 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15375639 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15375640 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15375641 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15375642 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15375643 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15375644 | * | Synchrony Bank/QVC, Attn. Bankruptcy, PO Box 530905, Atlanta, GA 30353-0905 |
| 15375645 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15375646 | *+ | Wesley Financial Group, LLC, 9009 Carothers Pkwy, Ste B3, Franklin, TN 37067-1703 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Joint Debtor Cindy Lue Bear rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Harry Theodore Bear rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Plaintiff Cindy Lue Bear richard@seelingerlaw.com rjb8181@gmail.com |
| Richard J. Bedford | on behalf of Plaintiff Harry Theodore Bear richard@seelingerlaw.com rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9