IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
HARRY THEODORE BEAR
CINDY LUE BEAR
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.: 21-10271

Chapter 13

Document No.: 49

## ORDER OF COURT

AND NOW, this __17th__ day of __July__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
7/17/24 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10271-JCM |
| Harry Theodore Bear | Chapter 13 |
| Cindy Lue Bear | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harry Theodore Bear, Cindy Lue Bear, 3320 Keller Road, Warren, PA 16365-8726 |
| 15375612 | + | Frederic I. Weinberg, Esquire, 375 East Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 15396296 | | Fulton Bank, N.A., Special Assets 5th Floor , Attn: Jessica, Lancaster , PA 17604 |
| 15375626 | + | Wesley Financial Group, LLC, 9009 Carothers Pkwy, Ste B3, Franklin, TN 37067-1703 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 00:35:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:21:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15375607 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2024 00:20:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15378886 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 18 2024 00:21:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15375608 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:35:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15379890 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:36:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15375609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 00:33:35 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15375611 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 15375610 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 18 2024 00:22:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15375612 | + | Email/Text: contact@fiwlaw.com | Jul 18 2024 00:21:00 | Frederic I. Weinberg, Esquire, 375 East Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 15375613 | + | Email/Text: bankruptcy@fultonbank.com | Jul 18 2024 00:22:00 | Fulton Bank N.A., Po Box 4887, Lancaster, PA 17604-4887 |
| 15375614 | + | Email/Text: galaxybk@galaxyllc.net | Jul 18 2024 00:20:00 | Galaxy International Purchasing LLC, 4730 South Fort Apacke Rd 300, Las Vegas, NV 89147-7947 |
| 15375615 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 18 2024 00:22:00 | Harley Davidson Financial, Attn: Bankruptcy, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 22048, Carson City, NV 89721-2048 |
| 15381925 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 18 2024 00:20:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15604058 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:35:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15379873 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:36:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15386784 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 00:32:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15375616 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 00:20:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15375617 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 00:34:31 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15387218 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 00:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15375618 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 00:21:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15375619 | + | Email/Text: bankruptcynotices@psecu.com | Jul 18 2024 00:22:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15375620 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 00:33:08 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15389572 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 00:34:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15385609 | + | Email/Text: bankruptcynotices@psecu.com | Jul 18 2024 00:22:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15432619 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:21:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15394612 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:21:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15381106 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15390526 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:21:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15375621 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 18 2024 00:22:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15387074 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 18 2024 00:22:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15375622 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 01:56:47 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15390805 | ^ | MEBN | Jul 18 2024 00:03:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15376213 | ^ | MEBN | Jul 18 2024 00:03:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15375623 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 00:36:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15375624 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 00:35:57 | Synchrony Bank/QVC, Attn. Bankruptcy, PO Box 530905, Atlanta, GA 30353-0905 |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 40 |

| 15375625 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 00:36:36 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
|---|---|---|---|---|

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15375627 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15375628 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15375629 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15375631 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 15375630 | *+ | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15375632 | *+ | Frederic I. Weinberg, Esquire, 375 East Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 15375633 | *+ | Fulton Bank N.A., Po Box 4887, Lancaster, PA 17604-4887 |
| 15375634 | *+ | Galaxy International Purchasing LLC, 4730 South Fort Apacke Rd 300, Las Vegas, NV 89147-7947 |
| 15375635 | *+ | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15375636 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15375637 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15375638 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15375639 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15375640 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15375641 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15375642 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15375643 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15375644 | * | Synchrony Bank/QVC, Attn. Bankruptcy, PO Box 530905, Atlanta, GA 30353-0905 |
| 15375645 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15375646 | *+ | Wesley Financial Group, LLC, 9009 Carothers Pkwy, Ste B3, Franklin, TN 37067-1703 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 40 |

Brian Nicholas
    on behalf of Creditor Quicken Loans  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Joint Debtor Cindy Lue Bear rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Debtor Harry Theodore Bear rebeka@seelingerlaw.com

Richard J. Bedford
    on behalf of Plaintiff Cindy Lue Bear richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
    on behalf of Plaintiff Harry Theodore Bear richard@seelingerlaw.com  rjb8181@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9